In the Matter of the Judicial Settlement of the Account of Proceedings of Jessie Brien Tunstall, as Temporary Administratrix, etc., of Robert Brien, Deceased, as Executor and Trustee of the Estate of Henry Brien, Deceased, and Annie A. Coulson, as Executrix and Trustee of the Estate of Henry Brien, Deceased, and for the Judicial Construction of the Last Will and Testament of Henry Brien, Deceased, v. Jean Hamilton Buller and Others.— Motion for leave to appeal to the Court of Appeals granted.   [See 252 App. Div. 847.]   Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Hope Hammond v. The Crowell Publishing Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Present — Martin, P. J., Glennon, Dore and Callahan, JJ.

Robert Goelet and Another v. W. P. Chrysler Building Corporation.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal.   Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

City Bank Farmers Trust Company, as Trustee, etc., v. Ado Thompson Miller and Others and Chester Leo O'Brien and Edwin D. Reynolds and Another.— Motion for leave to appeal to the Court of Appeals granted.   [See ante, p. 707.]   Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [See, also, ante, p. 880.]

The People of the State of New York v. Rebecca Ducorsky.— Motion for reargument denied.   Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (February 14, 1938.)

Edmond J. Dixon, Petitioner, Respondent, v. Fiorello H. LaGuardia, as Mayor of the City of New York, and Others, Defendants, Appellants, Municipal Court Clerks Association of the City of New York, Intervenor, Respondent. — Order unanimously affirmed, with twenty dollars costs and disbursements. Leave to appeal to the Court of Appeals granted.   No opinion.   Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.